Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOVANNA EDGE, an individual; LEAH HUMPHREY, an individual; LIBERTY ZISKA, an individual; AMELIA POWELL, an individual; NATALIE BJERKE, an individual; BRITTANY GIAZZI, an individual; JUANITA CASTANEDA GUERRERO, an individual; and MATTESON HERNANDEZ, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF EVERETT, a Washington Municipal Corporation,<br><br>　　　　　　　　Defendant. | No. 2:17-cv-01361<br><br>STIPULATION AND PROPOSED AGREED ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION BRIEFING SCHEDULE |

## **STIPULATION**

The parties hereto, by and through their respective counsel, have conferred regarding an agreed briefing schedule on a Motion for Preliminary Injunction the Plaintiffs have stated they will file. The parties propose the following due dates:

| | |
|---|---|
| Motion for Preliminary Injunction | Thursday, September 21, 2017 |
| City's Response to Motion | Monday, October 23, 2017 |
| Plaintiffs' Reply (noting date) | Friday, November 3, 2017 |

STIPULATION AND PROPOSED AGREED ORDER
REGARDING MOTION FOR PRELIMINARY INJUNCTION
BRIEFING SCHEDULE - 1
Cause No. 2:17-cv-01361
20061 00005 gi14dd17t1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

The parties respectfully request that the Court set a date for oral argument of the motion as soon as reasonably possible following the noting date.

The parties agree that they have conducted an initial conference regarding discovery and that the parties may conduct discovery with respect to this motion.

The parties also agree, in light of the injunction proceedings, to extend the date to answer the complaint until October 30, 2017.

This stipulation is entered solely for the purpose of facilitating prompt and efficient briefing and consideration of Plaintiffs' motion for the benefit of the Court and the parties without the need for emergency motions practice.  As part of this stipulation, the City will voluntarily refrain from enforcement of Ordinance 3560-17 and the amendments in section 1 of Ordinance 3559-17 until after this Court rules on the Motion for Preliminary Injunction. Nothing in this stipulation will be construed as evidence of or an admission that any of Plaintiffs' claims do or do not have merit, and no party may cite to this stipulation in aid of or in opposition to any request for substantive relief, including any relief requested in the Motion for Preliminary Injunction.

The parties, therefore, now stipulate to the foregoing and request that the Court enter the Order subjoined hereto.

DATED this 15th day of September, 2017.

| NEWMAN DU WORS LLP | PACIFICA LAW GROUP LLP |
|---|---|
| By   *s/Derek A. Newman*  <br> Derek A. Newman, WSBA #26967 <br> Jessica V. Newman, WSBA #28080 <br> Keith Scully, WSBA #28677 <br> Jason B. Sykes, WSBA #44369 | By  *s/ Matthew J. Segal*  <br> Matthew J. Segal, WSBA #29797 <br><br> CITY OF EVERETT <br>    Ramsey Ramerman, WSBA #30423 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant City of Everett* |

STIPULATION AND PROPOSED AGREED ORDER
REGARDING MOTION FOR PRELIMINARY INJUNCTION
BRIEFING SCHEDULE - 2
Cause No. 2:17-cv-01361
20061 00005 gi14dd17t1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

**ORDER**

Based on the foregoing stipulation of the parties, the Court hereby ORDERS that the Motion for Preliminary Injunction shall be subject to the following agreed briefing schedule:

| | |
|---|---|
| Motion for Preliminary Injunction | Thursday, September 21, 2017 |
| City's Response to Motion | Monday, October 23, 2017 |
| Plaintiffs' Reply (noting date) | Friday, November 3, 2017 |

The parties may conduct discovery pursuant to their agreement.

The City shall file an answer to the complaint by October 30, 2017.

DATED this ____ day of September, 2017.

                                                                                    _____
                                                                                    Honorable Marsha Pechman

Jointly Presented by:

PACIFICA LAW GROUP LLP

By */s/ Matthew J. Segal*
     Matthew J. Segal, WSBA #29797

*Attorneys for Defendant City of Everett*

CITY OF EVERETT
     Ramsey Ramerman, WSBA #30423

NEWMAN DU WORS LLP

By __/s/__ Derek A. Newman _____
     Derek A. Newman, WSBA #26967
     Jessica V. Newman, WSBA #28080
     Keith Scully, WSBA #28677
     Jason B. Sykes, WSBA #44369

*Attorneys for Plaintiffs*

STIPULATION AND PROPOSED AGREED ORDER
REGARDING MOTION FOR PRELIMINARY INJUNCTION
BRIEFING SCHEDULE - 3
Cause No. 2:17-cv-01361
20061 00005 gi14dd17t1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750