Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOVANNA EDGE, an individual; LEAH HUMPHREY, an individual; LIBERTY ZISKA, an individual; AMELIA POWELL, an individual; NATALIE BJERKE, an individual; BRITTANY GIAZZI, an individual; JUANITA CASTANEDA GUERRERO, an individual; and MATTESON HERNANDEZ, an individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF EVERETT, a Washington Municipal Corporation,<br><br>            Defendant. | No. 2:17-cv-01361-MJP<br><br>(PROPOSED) ORDER GRANTING CITY OF EVERETT'S UNOPPOSED MOTION TO FILE UNDER SEAL |

THIS MATTER came before the Court on Defendant City of Everett's Unopposed Motion to File Under Seal ("Motion"). The Court has considered the papers and pleadings filed herein, including the following:

1. City of Everett's Unopposed Motion to File Under Seal in Support of Opposition to Motion for Preliminary Injunction;

2. Declaration of Sgt. James Collier of the Everett Police Department;

(PROPOSED) ORDER GRANTING CITY OF EVERETT'S UNOPPOSED MOTION TO FILE UNDER SEAL - 1
Cause No. 2:17-cv-01361
20061 00005 gj231v17p8

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

Based on the foregoing, the Court hereby enters the following FINDINGS:

The video the City of Everett moves to file under seal with respect to its Opposition to Motion for Preliminary Injunction was taken by an undercover police officer with the Everett Police Department and records bikini baristas engaging in explicit sexual conduct. The baristas' privacy interests in such circumstances satisfy either standard to file the undercover video under seal. Plaintiffs did not oppose this motion.

Based on the foregoing, it is hereby ORDERED that:

1. The City of Everett's Motion to File Under Seal is GRANTED.

DATED this 25 day of October [~~November~~], 2017.

_____
Honorable Marsha J. Pechman

Presented by:

PACIFICA LAW GROUP LLP

By /s/Matthew J. Segal
 Matthew J. Segal, WSBA #29797
 Sarah C. Johnson, WSBA #34529
 Jamie L. Lisagor, WSBA #39946
 Sarah S. Washburn, WSBA #44418

CITY OF EVERETT

By /s/Ramsey Ramerman
 Ramsey Ramerman, WSBA #30423

Attorneys for Defendant City of Everett

(PROPOSED) ORDER GRANTING CITY OF EVERETT'S UNOPPOSED MOTION TO FILE UNDER SEAL - 2

Cause No. 2:17-cv-01361
20061 00005 gj231v17p8

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750