# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOVANNA EDGE, an individual; LEAH HUMPHREY, an individual; LIBERTY ZISKA, an individual; AMELIA POWELL, an individual; NATALIE BJERKE, an individual; BRITTANY GIAZZI, an individual; JUANITA CASTANEDA GUERRERO, an individual; and MATTESON HERNANDEZ, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF EVERETT, a Washington Municipal Corporation,<br><br>    Defendant. | CASE NO. C17-1361-MJP<br><br>ORDER GRANTING CITY OF EVERETT'S MOTION FOR LEAVE TO FILE AN ANONYMOUS DECLARATION |

THIS MATTER came before the Court on Defendant City of Everett's ("City's") Motion for Leave to File an Anonymous Declaration ("Motion"). The Court considered the Motion and all filings of record in support of and opposition to the Motion. Being fully advised in this matter, the Court hereby ORDERS that the City's Motion for Leave to File an Anonymous

ORDER GRANTING CITY OF EVERETT'S MOTION FOR LEAVE TO FILE AN ANONYMOUS DECLARATION - 1

Declaration is GRANTED. The City shall file the Declaration of Jane Doe in Support of the City's Opposition to Motion for Preliminary Injunction within five (5) days of this Order.

It is SO ORDERED.

DATED this 13th day of November, 2017

Marsha J. Pechman
United States District Judge