| | |
|---|---|
| JOVANNA EDGE, an individual; LEAH HUMPHREY, an individual; LIBERTY ZISKA, an individual; AMELIA POWELL, an individual; NATALIE BJERKE, an individual; BRITTANY GIAZZI, an individual; JUANITA CASTANEDA GUERRERO, an individual; and MATTESON HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EVERETT, a Washington Municipal Corporation,<br><br>Defendant. | CASE NO. C17-1361-MJP<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THIS MATTER came before the Court on Plaintiffs' Motion for Reconsideration. (Dkt. No. 44.) The Court will correct its own error in ruling prematurely on the Defendants' Motion for Leave to File Anonymous Declaration. (Dkt. Nos. 42, 25.) Plaintiffs' Opposition to City of Everett's Motion for Leave to File an Anonymous Declaration (Dkt. No. 44-1) is hereby

deemed filed, and Defendant City of Everett may file any reply by the original noting date, November 17, 2017. It is SO ORDERED.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 14, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge