UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOVANNA EDGE, et al.,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF EVERETT,<br><br>      Defendant. | CASE NO. C17-1361-MJP<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AN ANONYMOUS DECLARATION |

THIS MATTER comes before the Court on Defendant's Motion for Leave to File an Anonymous Declaration. (Dkt. No. 25.) Having reviewed the Motion, the Response (Dkt. No. 44-1), the Reply (Dkt. No. 47) and all related papers, the Court GRANTS the Motion.

Defendant City of Everett seeks to file an anonymous declaration from "Jane Doe" in support of its Response to Plaintiffs' Motion for Preliminary Injunction. (Dkt. No. 28, Dkt. No. 25). The Court finds that anonymity is appropriate under the circumstances. Ms. Doe's testimony concerns sensitive, personal information, and her interests in preserving anonymity outweigh any potential prejudice to Plaintiffs. The Court GRANTS the Motion, and will

consider the Declaration of Jane Doe (Dkt. No. 25-1) at this stage in the proceedings only. Should there be any need for Plaintiffs to depose Ms. Doe, the parties are to meet and confer to identify a mutually agreeable process and protocol for doing so. Should the parties be unable to agree, they shall bring the matter before the Court using the Expedited Joint Motion Procedure set forth in LR 37(a)(2).

The clerk is ordered to provide copies of this order to all counsel.

Dated December 4, 2017.

_____
Marsha J. Pechman
United States District Judge