Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOVANNA EDGE, an individual; LEAH HUMPHREY, an individual; LIBERTY ZISKA, an individual; AMELIA POWELL, an individual; NATALIE BJERKE, an individual; BRITTANY GIAZZI, an individual; JUANITA CASTANEDA GUERRERO, an individual; and MATTESON HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EVERETT, a Washington Municipal Corporation,<br><br>Defendant. | No. 2:17-cv-01361-MJP<br><br>ORDER STAYING PROCEEDINGS PENDING APPEAL |

The Court hereby GRANTS the parties' Joint Stipulated Motion to Stay Proceedings. (Dkt. No. 61.) It is hereby ORDERED that the above-captioned lawsuit, including all proceedings, applicable discovery and other deadlines, and the trial date, is stayed until resolution of the City's preliminary injunction appeal or upon earlier motion by either Party to re-commence the lawsuit. The Clerk of the Court is directed to strike any pending case deadlines. The Parties shall submit a joint status report to the Court following a final determination by the Ninth Circuit in the City's preliminary injunction appeal.

ORDER STAYING PROCEEDINGS PENDING
APPEAL - 1

Former Plaintiffs Brittany Giazzi and Juanita Castaneda Guerrero have taken voluntary dismissals, and the caption shall be amended to remove their names as parties.

DATED this 16th day of January, 2018.

Marsha J. Pechman
United States District Judge

ORDER STAYING PROCEEDINGS PENDING
APPEAL - 2

Jointly Presented By:

PACIFICA LAW GROUP LLP

By /s/ Matthew J. Segal
   Matthew J. Segal, WSBA #29797
   Sarah C. Johnson, WSBA #34529
   Jamie L. Lisagor, WSBA #39946
   Sarah S. Washburn, WSBA #44418

CITY OF EVERETT
   Ramsey Ramerman, WSBA #30423

*Attorneys for Defendant City of Everett*

NEWMAN DU WORS LLP

By /s/ Derek A. Newman
   Derek A. Newman, WSBA #26967
   Jessica V. Newman, WSBA #28080
   Keith Scully, WSBA #28677
   Jason B. Sykes, WSBA #44369
   Rachel Horvitz, WSBA #52987

*Attorneys for Plaintiffs*

ORDER STAYING PROCEEDINGS PENDING APPEAL - 3