

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOVANNA EDGE, an individual; et al., | No.  17-36038 |
| Plaintiffs-Appellees, | D.C. No. 2:17-cv-01361-MJP<br>Western District of Washington, Seattle |
| v. | |
| CITY OF EVERETT, a Washington municipal corporation, | ORDER |
| Defendant-Appellant. | |

Before:  IKUTA and CHRISTEN, Circuit Judges, and CHOE-GROVES,* Judge.

Plaintiffs-Appellees' motion for an extension of the stay of the mandate pending filing of a petition for writ of certiorari is GRANTED.  The mandate shall be stayed until February 3, 2020.

---

   *   The Honorable Jennifer Choe-Groves, Judge for the United States Court of International Trade, sitting by designation.