The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

EDGE, et al.,

        Plaintiff,

        v.

CITY OF EVERETT,

        Defendant.

Case No. 2:17-cv-01361-RSM

**JOINT STIPULATION AND ORDER**
**REGARDING CASE SCHEDULE**

    Plaintiffs Jovanna Edge, Leah Humphrey, Liberty Ziska, Amelia Powell, Natalie Bjerke, and Matteson Hernandez (collectively, "Plaintiffs") and Defendant City of Everett (the "City") (together, the "Parties") hereby stipulate and move the Court as follows:

    On January 11, 2018, the Parties jointly requested that this lawsuit be stayed, including all proceedings, applicable discovery and other deadlines, and the trial date, until resolution of the City's preliminary injunction appeal or upon earlier motion by either Party to re-commence the lawsuit. (Dkt. No. 61.)

    On January 16, 2018, the Court granted the Parties' request and stayed this lawsuit until resolution of the City's preliminary injunction appeal, and ordered the Parties submit a joint status report to the Court following a final determination by the Ninth Circuit in the City's preliminary injunction appeal. (Dkt. No. 64.)

    On July 3, 2019, the Ninth Circuit issued its order granting the City's appeal and reversing and remanding this lawsuit back to this Court. (Dkt. No. 65.)

JOINT STIPULATION AND ORDER
REGARDING CASE SCHEDULE —1
[Case No.: 2:17-CV-01361-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

On March 12, 2020, the Ninth Circuit issued its final mandate. (No. 17-36038, Dkt. No. 73.)

Following remand, the Parties have engaged in good-faith negotiations regarding the most efficient way to move this case forward in light of the constraints presented by the ongoing COVID-19 pandemic and the evidence gathered and presented by both sides in connection with the 2017 preliminary injunction motions practice.

Therefore, the Parties, through their respective counsel, of record, stipulate and agree as follows:

The Parties propose the following case schedule:

On or before October 20, 2020, Plaintiffs will produce their expert reports and all supporting materials relied on by the experts other than those documents previously produced, in the public record, in the control of the opposing party, or as easily accessible to the opposing party as to Plaintiffs and the experts. Plaintiffs shall make any experts they disclose available for deposition at mutually convenient times sufficiently in advance of the City's deadline for expert reports, with the understanding that these depositions will likely be conducted remotely unless public health conditions improve enough to allow otherwise.

On or before December 21, 2020, the City will produce its expert reports (including any rebuttal or reply to Plaintiffs' expert reports) and all supporting materials relied on by the experts other than those documents previously produced, in the public record, in the control of the opposing party, or as easily accessible to the opposing party as to Plaintiffs and the experts. To the extent the City designates any experts, it shall make them available for deposition at mutually convenient times sufficiently in advance of Plaintiffs deadline for rebuttal reports or filing of dispositive motions, with the understanding that these depositions will likely be conducted remotely unless public health conditions improve enough to allow otherwise.

On or before January 22, 2021, Plaintiffs will produce any expert reports they intend to rely on in rebuttal to any of the City's expert reports (aside from rebuttal reports, to which no further reply is permitted) and all supporting materials relied on by the experts other than those

JOINT STIPULATION AND ORDER
REGARDING CASE SCHEDULE —2
[Case No.: 2:17-CV-01361-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  documents previously produced, in the public record, in the control of the opposing party, or as
2  easily accessible to the opposing party as to Plaintiffs and the experts.

3      Plaintiffs agree that they will, in filing and defending dispositive motions, rely solely on
4  the factual record already presented to the Court during the preliminary injunction proceedings,
5  with the exception of expert witness testimony and supporting materials (i.e., studies and already
6  of record evidence upon which the experts may rely). The City, in turn, agrees to rely on the
7  factual record already presented to the Court during the preliminary injunction proceedings, with
8  the exception of additional factual testimony or records responsive to any new issues raised by
9  Plaintiffs or Plaintiffs' experts, or any expert designations of its own as contemplated above.

10      Upon that basis, the Parties agree that other than the discovery already completed, the
11  expert discovery contemplated above, and any supplemental fact discovery reasonably
12  responsive to the above expert designations and supporting materials, they will not seek further
13  discovery of the other absent mutual assent or leave of the Court.

14      On or before February 18, 2021 the Parties will file their respective motions for summary
15  judgment (if any), noted for hearing on March 12, 2021, with response and reply briefs to be due
16  pursuant to the federal civil rules and local rules of this Court.

17      If any issues remain to be tried following summary judgment, the Parties will meet and
18  confer with each other and propose a pre-trial and trial schedule to the Court at that time.

19      SO STIPULATED.

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND ORDER
REGARDING CASE SCHEDULE —3
[Case No.: 2:17-CV-01361-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Respectfully submitted, October 20, 2020.

**NEWMAN DU WORS LLP**

s/ Jason B. Sykes

Derek A. Newman, WSBA #26967
*derek@newmanlaw.com*
Jason B. Sykes, WSBA #44369
*jason@newmanlaw.com*
Rachel J. Horvitz, WSBA #52987
*rachel@newmanlaw.com*

*Attorneys for Plaintiffs*

**PACIFICA LAW GROUP LLP**

s/ Matthew J. Segal

Matthew J. Segal, WSBA #29797
*Matthew.Segal@pacificalawgroup.com*
Jamie L. Lisagor, WSBA #39946
*jamie.lisagor@pacificalawgroup.com*
Sarah C. Johnson. WSBA #34529
*sarah.johnson@pacificlawgroup.com*
Sarah S. Washburn, WSBA #44418
*sarah.washburn@pacificlawgroup.com*

**CITY OF EVERETT**

**s/** Ramsey Ramerman

Ramsey Ramerman, WSBA #30423
*RRamerman@everettwa.gov*

*Attorneys for Defendant*

JOINT STIPULATION AND ORDER
REGARDING CASE SCHEDULE —4         Newman Du Wors LLP
[Case No.: 2:17-CV-01361-RSM]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

**ORDER**

This matter having come before the Court on the above Joint Stipulation Regarding Case Schedule, the Court HEREBY ORDERS THAT:

On or before October 20, 2020, Plaintiffs will produce their expert reports and all supporting materials relied on by the experts other than those documents previously produced, in the public record, in the control of the opposing party, or as easily accessible to the opposing party as to Plaintiffs and the experts. Plaintiffs shall make any experts they disclose available for deposition at mutually convenient times sufficiently in advance of the City's deadline for expert reports, with the understanding that these depositions will likely be conducted remotely unless public health conditions improve enough to allow otherwise.

On or before December 21, 2020, the City will produce its expert reports (including any rebuttal or reply to Plaintiffs' expert reports) and all supporting materials relied on by the experts other than those documents previously produced, in the public record, in the control of the opposing party, or as easily accessible to the opposing party as to Plaintiffs and the experts. To the extent the City designates any experts, it shall make them available for deposition at mutually convenient times sufficiently in advance of Plaintiffs deadline for rebuttal reports or filing of dispositive motions, with the understanding that these depositions will likely be conducted remotely unless public health conditions improve enough to allow otherwise.

On or before January 22, 2021, Plaintiffs will produce any expert reports they intend to rely on in rebuttal or reply to the City's expert reports and all supporting materials relied on by the experts other than those documents previously produced, in the public record, in the control of the opposing party, or as easily accessible to the opposing party as to Plaintiffs and the experts.

Other than the discovery already completed, the expert discovery set forth above, and any supplemental fact discovery reasonably responsive to the above expert designations and supporting materials, the Parties are prohibited from taking any further discovery of the other absent mutual assent or leave of the Court.

JOINT STIPULATION AND ORDER
REGARDING CASE SCHEDULE —5
[Case No.: 2:17-CV-01361-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1    The Court sets a dispositive motion noting date of March 12, 2021 consistent with this

2    stipulation and order.

3    If any issues remain to be tried following the Court's resolution of summary-judgment

4    motions, the Parties will meet and confer with each other and propose a pre-trial and trial

5    schedule to the Court at that time.

6

7    IT IS SO ORDERED.

8    Dated this 20th day of October, 2020.

9

10

11

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

12

13

Presented by:

14

| NEWMAN DU WORS LLP | PACIFICA LAW GROUP LLP |
|---|---|

15

16

s/ Jason B. Sykes                                s/ Matthew J. Segal

17   Derek A. Newman, WSBA #26967          Matthew J. Segal, WSBA #29797

18   *derek@newmanlaw.com*                    *Matthew.Segal@pacificalawgroup.com*
     Jason B. Sykes, WSBA #44369              Jamie L. Lisagor, WSBA #39946

19   *jason@newmanlaw.com*                    *jamie.lisagor@pacificalawgroup.com*
     Rachel J. Horvitz, WSBA #52987          Sarah C. Johnson. WSBA #34529

20   *rachel@newmanlaw.com*                   *sarah.johnson@pacificlawgroup.com*
                                               Sarah S. Washburn, WSBA #44418

21   *Attorneys for Plaintiffs*                *sarah.washburn@pacificlawgroup.com*

22
                                               **CITY OF EVERETT**
23

24
                                               **s/** Ramsey Ramerman
25                                             Ramsey Ramerman, WSBA #30423
                                               *RRamerman@everettwa.gov*
26

27                                             *Attorneys for Defendant*

28

JOINT STIPULATION AND ORDER
REGARDING CASE SCHEDULE —6            Newman Du Wors LLP
[Case No.: 2:17-CV-01361-RSM]

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800