The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDGE, et al.,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>CITY OF EVERETT,<br><br>    *Defendant*. | Case No. 2:17-cv-01361-RSM<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY RACHEL HORVITZ** |

NOTICE OF WITHDRAWAL OF ATTORNEY
RACHEL HORVITZ—1
[Case No.: 2:17-CV-01361-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Pursuant to Local Rule 83.2(b)(2), the undersigned respectfully requests the Clerk of the Court to withdraw Rachel Horvitz's appearance for Plaintiffs in the above-captioned matter. Ms. Horvitz will be changing employment and will no longer be working at Newman Du Wors LLP. Ms. Horvitz will no longer represent Plaintiffs in this matter. Plaintiffs will continue to be represented by the undersigned counsel from Newman Du Wors LLP.

Dated: May 28, 2021

**NEWMAN DU WORS LLP**

s/ Rachel Horvitz
Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Jessica V. Newman, WSBA No. 28080
*jessica@nemanlaw.com*
Jason B. Sykes, WSBA No. 44369
*jason@newmanlaw.com*
Rachel Horvitz, WSBA No. 52987
*rachel@newmanlaw.com*
2101 Fourth Ave., Ste. 1500
Seattle, WA 98121
(206) 274-2800

*Counsel for Plaintiffs*

NOTICE OF WITHDRAWAL OF ATTORNEY
RACHEL HORVITZ—2
[Case No.: 2:17-CV-01361-RSM]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800