Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOVANNA EDGE, an individual; LEAH HUMPHREY, an individual; LIBERTY ZISKA, an individual; AMELIA POWELL, an individual; NATALIE BJERKE, an individual; BRITTANY GIAZZI, an individual; JUANITA CASTANEDA GUERRERO, an individual; and MATTESON HERNANDEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EVERETT, a Washington Municipal Corporation,<br><br>Defendant. | No. 2:17-cv-01361-RSM<br><br>NOTICE OF WITHDRAWAL OF INDIVIDUAL ATTORNEY<br><br>Clerk's Action Required |

Please take notice that Matthew J. Segal hereby withdraws as counsel of record for defendant City of Everett. Sarah C. Johnson, Jamie L. Lisagor and Sarah S. Washburn of Pacifica Law Group LLP and Ramsey Ramerman of the City of Everett will remain as counsel of

/ / /

/ / /

/ / /

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 1

Cause No. 2:17-cv-01361

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

record in the above matter. The notice of withdrawal is effective immediately.

DATED this 19th day of July, 2021.

| CITY OF EVERETT | PACIFICA LAW GROUP LLP |
|---|---|
| By */s/ Ramsey Ramerman* <br> Ramsey Ramerman, WSBA #30423 | By */s/ Sarah C. Johnson* <br> Sarah C. Johnson, WSBA #34529 <br> Jamie L. Lisagor, WSBA #39946 <br> Sarah S. Washburn, WSBA #44418 |

ATTORNEYS FOR DEFENDANT CITY OF EVERETT

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 2

Cause No. 2:17-cv-01361

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2021, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to all parties who are registered with the CM/ECF system.

Gerald M. Serlin
Melinda W. Ebelhar
Benedon & Serlin, LLP
22708 Mariano Street
Wooldland Hills, CA 91367-6128
Phone: 818.340.1950
Email: gerald@benedonserlin.com
Email:  Melinda@benedonserlin.com

*Attorneys for Appellees*

DATED this 19th day of July, 2021.

_____
Dawn M. Taylor

NOTICE OF WITHDRAWAL OF INDIVIDUAL
ATTORNEY - 3

Cause No. 2:17-cv-01361

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750